LARRY M. LYNCH *v.* BENJAMIN A. MUZIO,
COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 7 Conn. App. 748, is granted.

*Richard E. Greenspan,* in support of the petition.

*Peter E. Wiese,* assistant attorney general, in opposition.

Decided July 31, 1986

STATE OF CONNECTICUT *v.* JAMES R. MEBANE

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 63, is granted.

*William R. Schipul,* assistant public defender, in support of the petition.

*C. Robert Satti, Jr.,* assistant state's attorney, in opposition.

Decided September 24, 1986

STATE OF CONNECTICUT *v.* MARK SERGI

The defendant's petition for certification for appeal from the Appellate Court, 7 Conn. App. 445, is denied.

*Barbara Goren,* special public defender, in support of the petition.

Decided September 24, 1986

STATE OF CONNECTICUT *v.* THOMAS D. HANSEN

The defendant's petitions for certification for appeal from the Appellate Court, 8 Conn. App. 26, are denied.

*Averum J. Sprecher,* in support of the petition.

*Carl Schuman,* assistant state's attorney, in opposition.

Decided September 24, 1986